SO ORDERED.

SIGNED this 22nd day of March, 2017.



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

_____

C-13-7a
(Rev. 01/12)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| In Re:<br>Albert Lee Israel         SS# xxx-xx-4845<br>993 South Beckford Drive, #185<br>Henderson, NC 27536<br><br>             Debtor(s) | ORDER CONFIRMING PLAN<br>CHAPTER 13<br><br>Case No. B-16-81121 C13D |

This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

I.  The Trustee in this case is <u>Richard M. Hutson II</u>, Standing Trustee, <u>Post Office Box 3613, Durham, North Carolina 27702</u>;

II. The attorney for the Debtor(s) is **Brent Clifton Wootton**;

III. Under the final plan (the "Plan") as proposed:

  **A.  Plan Payments**

   1. The Debtor(s) is/are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

   2. The monthly plan payment to the Trustee is **$1,560.00** beginning **1/27/2017**;

  **B.  Administrative Costs**

   1. **Attorney Fees.** The Attorney for the Debtor(s) is allowed the base fee of **$4,500.00**. The Attorney has received **$0.00** from the Debtor(s) pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

   2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

    **C.**    **Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

        **1.**    **Domestic Support Obligations ("DSO")**
The NYC-HRA Office of Child Support Enforcement has filed a priority claim in the amount of $2,403.51 for Child Support Arrears to be paid through the plan in deferred monthly installments pursuant to 11 U.S.C. § 1322(a)(2). Any on-going, post-petition, child support obligation shall be paid directly by the Debtor.

        **2.**    **Internal Revenue Service - $3,838.66**
        **3.**    **North Carolina Department of Revenue**
        **4.**    **Vance County Tax Collector**

    **D.**    **Secured Claims**

        **1.**    **Secured Claims To Be Paid In Full – Personal Property**

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|
| **US Bank National Association** | Y | $32,800.15 | $685.00 | 5.50% | $330.00 |
| **US Bank National Association ("the creditor") shall receive adequate protection payments in the amount of $330.00 per month for ten (10) months from confirmation, after which point the Chapter 13 Trustee shall commence equal monthly payments in the amount of $685.00, until such time as the claim is satisfied. Pursuant to 11 U.S.C. §1325(a)(5)(B)(i), the creditor shall retain its lien against the automobile until the earlier of the payment of the underlying debt determined under non-bankruptcy law or the Debtor's discharge pursuant to 11 U.S.C. §1328.** ||||||

    **E.**    **General Unsecured Claims Not Separately Classified.**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is **0%**.

    **F.**    The Debtor(s) will pay **THE GREATER OF** the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, **OR** a **minimum** of **36** monthly plan payments, with the plan to be reviewed in six (6) months and periodically thereafter for plan payment adjustments;

    **G.**    The terms and provisions of the Standing Order dated **March 11, 2016**, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov.**

    **H.**    **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
B-16-81121 C-13D

RICHARD M. HUTSON, II
STANDING TRUSTEE
P.O. BOX 3613
DURHAM, NC 27702-3613