UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ALBERT LEE ISRAEL                             CASE NO. 16-81121
   993 SOUTH BECKFORD DR #185            JUDGE LENA M. JAMES
   HENDERSON, NC  27536

      DEBTOR

SSN(1) XXX-XX-4845                             DATE:  07/19/2017

REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 222 NORTH LASALLE ST<br>STE 1700<br>CHICAGO, IL  60601 | $0.00<br>INT:  .00%<br>NAME ID:  279608<br>CLAIM #:  0016 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>VERIZON<br>P O BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | $130.49<br>INT:  .00%<br>NAME ID:  273503<br>CLAIM #:  0020 | UNSECURED<br><br>ACCT:  0001<br>COMMENT: |
| BP<br>POB 15298<br>ATTN:  MANAGING AGENT<br>WILMINGTON, DE  19886 | $0.00<br>INT:  .00%<br>NAME ID:  202828<br>CLAIM #:  0005 | UNSECURED<br>NOT FILED<br>ACCT:  8088<br>COMMENT: |
| CACH LLC<br>P O BOX 5980<br>DENVER, CO  80217-5980 | $20,011.97<br>INT:  .00%<br>NAME ID:  278816<br>CLAIM #:  0004 | UNSECURED<br><br>ACCT:  3595<br>COMMENT:  0098AVANT |
| CERASTES LLC<br>% WEINSTEIN PINSON & RILEY<br>P O BOX 3978<br>SEATTLE, WA  98124-3978 | $14,325.54<br>INT:  .00%<br>NAME ID:  234245<br>CLAIM #:  0013 | UNSECURED<br><br>ACCT:  4079<br>COMMENT:  ROSPER MARKETPLACE |
| FIGIS COMPANIES INC<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $315.64<br>INT:  .00%<br>NAME ID:  259708<br>CLAIM #:  0019 | UNSECURED<br><br>ACCT:  8D2M<br>COMMENT: |
| GINNYS<br>% CREDITORS BNKRPTCY SERV<br>P O BOX 800849<br>DALLAS, TX  75380 | $629.29<br>INT:  .00%<br>NAME ID:  259174<br>CLAIM #:  0009 | UNSECURED<br><br>ACCT:  3630<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $3,838.66<br>INT:  .00%<br>NAME ID:  400<br>CLAIM #:  0017 | PRIORITY<br><br>ACCT:  4845<br>COMMENT:  2015 INCOME TAX |

PAGE 2  -  CHAPTER 13 CASE NO. 16-81121

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $681.68<br>INT:  .00%<br>NAME ID: 400<br>CLAIM #: 10017 | | UNSECURED<br><br>ACCT: 4845<br>COMMENT: 11 TAX/INT/PENALTIES |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,850.51<br>INT:  .00%<br>NAME ID: 91530<br>CLAIM #: 0007 | | UNSECURED<br><br>ACCT: 5999<br>COMMENT:  CREDIT ONE BANK |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,667.55<br>INT:  .00%<br>NAME ID: 91530<br>CLAIM #: 0011 | | UNSECURED<br><br>ACCT: 1370<br>COMMENT:  LENDING CLUB/WEBBANK |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $3,697.18<br>INT:  .00%<br>NAME ID: 94384<br>CLAIM #: 0012 | | UNSECURED<br><br>ACCT: 6392<br>COMMENT: |
| MIDLAND CREDIT MNGMNT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>P O BOX 2011<br>WARREN, MI  48090 | $1,480.02<br>INT:  .00%<br>NAME ID: 265190<br>CLAIM #: 0015 | | UNSECURED<br><br>ACCT: 8088<br>COMMENT: SYNCHRONY/BP |
| MIDNIGHT VELVET<br>% CREDITORS BNKRPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $151.91<br>INT:  .00%<br>NAME ID: 262608<br>CLAIM #: 0010 | | UNSECURED<br><br>ACCT: 3550<br>COMMENT: |
| NY STATE CHILD SUPPORT<br>POB 818<br>CANAL STREET STATION<br>NEW YORK, NY  10013 | $0.00<br>INT:  .00%<br>NAME ID: 279611<br>CLAIM #: 0003 | | PRIORITY-DSO ONGOING<br>PAID OUTSIDE<br>ACCT:<br>COMMENT: DSO/PAY DIRECT |
| NYC-HRA OFFICE OF CHILD SUPPORT<br>ENFORCEMENT<br>NYS CHILD SUPPORT PROCESSING<br>CENTER<br>P O BOX 15363<br>ALBANY, NY  11212 | $0.00<br>INT:  .00%<br>NAME ID: 280597<br>CLAIM #: 0002 | | PRIORITY-DSO ONGOING<br>PAID OUTSIDE<br>ACCT: 4845<br>COMMENT:  DSO/PAY DIRECT |
| NYC-HRA OFFICE OF CHILD SUPPORT<br>ENFORCEMENT<br>NYS CHILD SUPPORT PROCESSING<br>CENTER<br>P O BOX 15363<br>ALBANY, NY  11212 | $2,403.51<br>INT:  .00%<br>NAME ID: 280597<br>CLAIM #: 0018 | | PRIORITY-DSO ARREARS<br><br>ACCT: 4845<br>COMMENT:  ARRS/CHILD SUPPORT |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $3,388.34<br>INT:  .00%<br>NAME ID: 30762<br>CLAIM #: 0006 | | UNSECURED<br><br>ACCT: 4879<br>COMMENT:  CAPITAL ONE BANK |
| PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $645.88<br>INT:  .00%<br>NAME ID: 274253<br>CLAIM #: 0021 | | UNSECURED<br><br>ACCT: 9712<br>COMMENT: |
| PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $771.45<br>INT:  .00%<br>NAME ID: 274253<br>CLAIM #: 0022 | | UNSECURED<br><br>ACCT: 8051<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 16-81121

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUANTUM3 GROUP LLC AGENT FOR<br>SADINO FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,975.52<br>INT: .00%<br>NAME ID: 229212<br>CLAIM #: 0008 | UNSECURED<br><br>ACCT: 6689<br>COMMENT: BLUESTEM/FINGERHUT |
| SEVENTH AVENUE<br>% CREDITORS BANKRUPTCY SERV<br>P O BOX 800849<br>DALLAS, TX  75380 | $372.64<br>INT: .00%<br>NAME ID: 259280<br>CLAIM #: 0014 | UNSECURED<br><br>ACCT: 3570<br>COMMENT: |
| US BANK NATIONAL ASSOC<br>P O BOX 5227<br>CINCINNATI, OH  45201-5227 | $32,800.15<br>INT: 5.50%<br>NAME ID: 224764<br>CLAIM #: 0001 | VEHICLE<br><br>ACCT: 6882<br>COMMENT: 15 CHRYSLER |
| **TOTAL:** | **$92,137.93** | |
| BRENT CLIFTON WOOTTON<br>WOOTTON AND WOOTTON<br>3200 CROASDAILE DR STE 504<br>DURHAM, NC  27705 | $4,500.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC  27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/19/2017

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Qiana Michaux
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc:  Debtor
Attorney for Debtor - Electronic Notice